# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **KATHRYN SWANSON,** | § | |
| **Individually, and as Special** | § | |
| **Administrator of the Estate of** | § | |
| **DENIS I. SWANSON, Deceased,** | § | |
| | § | |
| **Plaintiffs** | § | **CIVIL ACTION NO.: 2:16-CV-2555** |
| **-vs-** | § | |
| | § | **Judge Eldon E. Fallon** |
| | § | **Magistrate Joseph C. Wilkinson** |
| **MCDERMOTT INTERNATIONAL, INC.** | § | |
| **and MCDERMOTT, INC.** | § | |
| | § | |
| **Defendants** | § | |

## ORDER GRANTING VOLUNTARY DISMISSAL

This matter having come before the Court on Plaintiffs' Voluntary Dismissal of Defendant McDermott International, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing, therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant McDermott International, Inc., is dismissed from this matter without prejudice, each party to bear its own costs.

Dated: <u>May    10th    </u>, 2016            _____
                                                                                        Judge